**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: John Martin Jr.  
       Carol D. Martin aka Carol Darlena Owen

CHAPTER 13

BKY. NO. 17-10703 MDC

Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-F and index same on the master mailing list.

                Respectfully submitted,

/s/ Rebecca Solarz  
Rebecca Solarz  
01 Dec 2020, 16:15:27, EST

KML Law Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 19106-1532  
(215) 627-1322

Document ID: 343a25aee780da7f54692894f452f376a818786684f9ecc9ba2c5af77b293b85