# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-10703-MDC

JOHN MARTIN, JR.
CAROL D. MARTIN
270 FOUNTAIN STREET

PHILADELPHIA, PA 19128

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOHN MARTIN, JR.
    CAROL D. MARTIN
    270 FOUNTAIN STREET

    PHILADELPHIA, PA 19128

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

                                                                   /S/ William C. Miller
Date: 3/22/2021                                                  _____

                                                             William C. Miller, Esquire
                                                             Chapter 13 Standing Trustee