United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10703-mdc |
| John Martin, Jr. | Chapter 13 |
| Carol D. Martin | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 29, 2022 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Martin, Jr., Carol D. Martin, 270 Fountain Street, Philadelphia, PA 19128-4508 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN E. CAINE | |
| | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| DANIELLE BOYLE-EBERSOLE | |
| | on behalf of Creditor PROF-2013-M4 Legal Title Trust II by U.S. Bank National Association, as Legal Title Trustee dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | |
| | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN M. BUTTERY | |
| | on behalf of Creditor PROF-2013-M4 Legal Title Trust II by U.S. Bank National Association, as Legal Title Trustee cdigianantonio@rascrane.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 29, 2022 | Form ID: 234 | Total Noticed: 1 |

MARIO J. HANYON
    on behalf of Creditor The Bank of New York Mellon etal wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MICHAEL A. CIBIK
    on behalf of Joint Debtor Carol D. Martin mail@cibiklaw.com

MICHAEL A. CIBIK
    on behalf of Debtor John Martin  Jr. mail@cibiklaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor The Bank of New York Mellon etal bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: John Martin, Jr. and Carol D. Martin
        Debtor(s)                               Case No:17−10703−mdc
                                                        Chapter: 13

_____

## NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                                                For The Court

                                                                Timothy McGrath,
                                                                Clerk of Court

Date: 4/29/22