United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10703-mdc |
| John Martin, Jr. | Chapter 13 |
| Carol D. Martin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 13, 2022 | Form ID: 138OBJ | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

++++      Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Martin, Jr., Carol D. Martin, 270 Fountain Street, Philadelphia, PA 19128-4508 |
| 13859611 | + | Christopher Ackley, Esq., 2 Penn Center, Suite 1310, Philadelphia, PA 19102-1729 |
| 13859613 | + | Cibik and Cataldo, P.C., 437 Chestnut Street, Suite 1000, Philadelphia, PA 19106-2426 |
| 13859615 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 13859616 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 13859620 | + | Geico, aso Albert Doesser, 26 Pear Tree Lane, Lafayette Hill, PA 19444-2302 |
| 13859621 | + | Hickory Veterinary Hospital, 2303 Hickort Road, Plymouth Meeting, PA 19462-1005 |
| 13859624 | ++++ | INTEGRITY SOLUTION SVC, 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708 address filed with court:, Integrity Solution Svc, 20 Corporate Hills Dr, Saint Charles, MO 63301 |
| 13859626 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 13859627 | + | Phelan, Halinan & Smieg, Suite 1400, 1617 JFK Boulevard, Philadelphia, PA 19103-1814 |
| 13880496 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14566052 | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14566149 | + | The Bank of New York Mellon, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14616821 | + | U.S. Bank Trust National Association, as, Trustee of the FW Series I Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14488530 | + | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14107442 | + | Wilmington Savings Fund Society, FSB, AMIP Management, LLC, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 14 2022 00:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 14 2022 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13859607 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 14 2022 00:11:00 | BAC Home Loan Servicing, LP, Bankruptcy Department, Mail Stop TX2-982-03-03, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 13859608 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 14 2022 00:11:00 | Bac Home Loans Servicing, LP fka, Countrywide Home Loans Servicing, LP, 7105 Corporate Drive, PTX-B-209, Plano, TX 75024-4100 |
| 13859609 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 14 2022 00:11:00 | Bank of America, Attn: Correspondence Unit/CA6-919-02-41, PO Box 5170, Simi Valley, CA 93062-5170 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 13859614 | | Email/Text: megan.harper@phila.gov | May 14 2022 00:12:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |
| 13939789 | | Email/Text: megan.harper@phila.gov | May 14 2022 00:12:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13883493 | | Email/PDF: bncnotices@becket-lee.com | May 14 2022 00:10:43 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13859612 | | Email/Text: ecf@ccpclaw.com | May 14 2022 00:11:00 | Cibik and Cataldo, P.C., 225 S. 15th Street, Suite 1635, Philadelphia, PA 19102, ccpc@ccpclaw.com |
| 13859615 | ^ | MEBN | May 14 2022 00:04:59 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 13859616 | ^ | MEBN | May 14 2022 00:05:05 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 13934170 | | Email/Text: ECF@fayservicing.com | May 14 2022 00:11:00 | Fay Servicing, LLC, 3000 Kellway Dr., Suite 150, Carrollton, TX 75006 |
| 13859617 | + | Email/PDF: gecsedi@recoverycorp.com | May 14 2022 00:10:58 | GECRB/Amazon, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 13859618 | + | Email/PDF: gecsedi@recoverycorp.com | May 14 2022 00:10:43 | GECRB/Care Credit, Attn: bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 13859619 | + | Email/PDF: gecsedi@recoverycorp.com | May 14 2022 00:10:58 | GECRB/PayPal Cr, Attn:Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 13859622 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 14 2022 00:11:00 | I.R.S., Special Procedures Branch, Insolvency Unit, P.O. Box 12051, Philadelphia, PA 19105-2051 |
| 13859610 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 14 2022 00:11:14 | Chase, Po Box 15298, Wilmington, DE 19850 |
| 13859625 | + | Email/Text: PBNCNotifications@peritusservices.com | May 14 2022 00:11:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 13910118 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 14 2022 00:11:16 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14193102 | + | Email/Text: RASEBN@raslg.com | May 14 2022 00:11:00 | Prof-2013-M4 Legal Title Trust II, by US Bank National Association, c/o Keith Labell, 6409 Congress Ave, Suite 100, Boca Raton, FL 33487-2853 |
| 13859628 | | Email/Text: DASPUBREC@transunion.com | May 14 2022 00:11:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14616821 | ^ | MEBN | May 14 2022 00:05:09 | U.S. Bank Trust National Association, as, Trustee of the FW Series I Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14488530 | ^ | MEBN | May 14 2022 00:05:10 | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 13859629 | | Email/Text: megan.harper@phila.gov | May 14 2022 00:12:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia PA 19102-1663 |
| 13859630 | | Email/Text: eforbes@ph13trustee.com | May 14 2022 00:11:26 | William C. Miller, Esquire, Chapter 13 Trustee, P.O. Box 40119, Philadelphia, PA 19106-0119 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**   **Bypass Reason**   **Name and Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 13, 2022 | Form ID: 138OBJ | Total Noticed: 37 |

| | | |
|---|---|---|
| 13920675 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW, YORK AS SUCCESSOR INDENTURE TRUSTEE TO, JPMORGAN CHASE BANK, N.A., AS INDENTURE, TRUSTEE FOR THE CWHEQ REVOLVING HOME, EQUITY LOAN TRUST, SERIES 2005-F, C/O BANK OF AMERICA, N.A. |
| 13859623 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, I.R.S., Special Procedures Branch, Insolvency Unit, P.O. Box 21126, Philadelphia, PA 19114 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN E. CAINE | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Igloo Series IV Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor PROF-2013-M4 Legal Title Trust II  by U.S. Bank National Association, as Legal Title Trustee dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN M. BUTTERY | on behalf of Creditor PROF-2013-M4 Legal Title Trust II  by U.S. Bank National Association, as Legal Title Trustee cdigianantonio@rascrane.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the FW Series I Trust lmoyer@friedmanvartolo.com |
| MARIO J. HANYON | on behalf of Creditor The Bank of New York Mellon etal wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor John Martin  Jr. mail@cibiklaw.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Carol D. Martin mail@cibiklaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank of New York Mellon etal bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John Martin, Jr. and Carol D. Martin
      Debtor(s)

Case No: 17−10703−mdc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/13/22

89 − 82
Form 138OBJ