Certificate Number: 16339-PAE-DE-036541420

Bankruptcy Case Number: 17-10703



16339-PAE-DE-036541420

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 12, 2022, at 1:46 o'clock AM EDT, Carol Martin completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 12, 2022

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor